**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANDREW PAUL OSANTOWSKI,

      Petitioner,

                                             Civil No. 08-13759

v.                                            Hon. Lawrence P. Zatkoff

HUGH WOLFENBARGER,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus [dkt 1]. The matter is currently before the Court on Magistrate Judge Komives's Report and Recommendation [dkt 20], in which the Magistrate Judge recommends that the petition for writ of habeas corpus be denied. The Magistrate Judge also recommends that a certificate of appealability be denied. Petitioner has not filed objections to the Report and Recommendation, and the time period in which to do so has expired.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the petition for writ of habeas corpus [dkt 1] is DENIED and a certificate of appealability is DENIED.

IT IS SO ORDERED.


                                        S/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2010

                          CERTIFICATE OF SERVICE

        The undersigned certifies that a copy of this Order was served upon the attorneys of
record by electronic or U.S. mail on July 15, 2010.


                                        S/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290